589 S.E.2d 752

ALLENDALE COUNTY BANK, Respondent,

v.

George W. CADLE, Peerless Group, Inc., JEJ Construction, Inc., Red Earth Environmental, Inc., Steffen Robertson and Kirsten (U.S.), Inc., E & J Landscaping, Inc., and Wastemasters of South Carolina, Inc.,

Of whom Steffen Robertson and Kirsten (U.S.), Inc. and E & J Landscaping, Inc. are Petitioners.

No. 25754.

Supreme Court of South Carolina.

Heard Nov. 4, 2003.
Decided Nov. 24, 2003.

Gary H. Smith, III, of Braithwaite, Smith, Massey & Brodie, of Aiken, for petitioner E & J Landscaping, Inc.

Ladson H. Beach, Jr., of Orangeburg, and James B. Richardson, of Richardson & Birdsong, of Columbia, for petitioner Steffen Robertson and Kirsten (U.S.), Inc.

Walter H. Sanders, Jr., of Fairfax, for respondent.

PER CURIAM:

We granted a writ of certiorari to review the Court of Appeals' decision in *Allendale County Bank v. Cadle,* 348 S.C. 367, 559 S.E.2d 342 (Ct.App.2001). After careful consideration, we dismiss the writ as improvidently granted.

**DISMISSED.**

s/ Jean H. Toal, C.J.

s/ James E. Moore, J.

s/ John H. Waller, Jr., J.

s/ E.C. Burnett, III, J.

s/ Costa M. Pleicones, J.